# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Human Technologies Corp. | ) | ASBCA No. 59113 |
| | ) | |
| Under Contract No. W911WN-09-D-0011 | ) | |

APPEARANCE FOR THE APPELLANT:      Kevin M. Cox, Esq.
Camardo Law Firm, P.C.
Auburn, NY

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Richard J. Sprunk, Esq.
Engineer District Counsel
U.S. Army Engineer District, Pittsburgh

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59113, Appeal of Human Technologies Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                    )
                                    )
Human Technologies Corp.        )      ASBCA No. 59113
                                    )
Under Contract No. W911WN-09-D-0011   )

APPEARANCE FOR THE APPELLANT:        Kevin M. Cox, Esq.
                                              Camardo Law Firm, P.C.
                                              Auburn, NY

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                              Engineer Chief Trial Attorney
                                              Richard J. Sprunk, Esq.
                                              Engineer District Counsel
                                              U.S. Army Engineer District, Pittsburgh

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59113, Appeal of Human Technologies Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals